

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00811-CV

Yvonne **SALAZAR-HERNANDEZ** and Tony Hernandez,
Appellants

v.

**CHAMPION HOMES AT MISSION DEL RIO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07914
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The trial court's judgment was signed on November 7, 2019, and appellants timely filed a notice of appeal. The reporter's record was filed on November 20, 2019 and the clerk's record was filed on November 25, 2019. Therefore, appellants' brief was originally due to be filed on December 27, 2019. Neither the brief nor a motion for extension was filed. On January 30, 2020, the clerk of this court notified appellant that the appellants' brief was late and that either the brief or a motion for extension of time to file the brief should be filed within ten days, i.e., by February 10, 2020. To date, neither the appellant's brief nor a motion for extension of time has been filed. *See* TEX. R. APP. P. 10.5(b).

It is therefore ORDERED that appellants show cause in writing **within ten (10) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.



Michael A. Cruz,
Clerk of Court